No. 206, Misc. WRIGHT *v.* BUCHKOE, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, and *Samuel J. Torina,* Solicitor General, for respondents.

No. 315, Misc. LIPSCOMB *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇

No. 372, Misc. HOLMES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *B. H. Timmins, Jr.* and *Leon F. Pesek,* Assistant Attorneys General, for respondent. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 383, Misc. GREATHOUSE *v.* COX, WARDEN. Supreme Court of New Mexico. Certiorari denied. *F. Gordon Shermack* for petitioner. ▇▇▇▇▇▇▇▇▇

No. 418, Misc. SUMRALL *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No. 343, Misc. CARRILLO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.